# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT HAMILTON, ON BEHALF OF A.H. III, | ) Case No. ED CV 12-0892 JCG |
| | ) |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| | ) |
| | ) |
| Defendant. | ) |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

DATED: April 29, 2013

_____

Hon. Jay C. Gandhi
United States Magistrate Judge